IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE<br><br>SK FOODS, L.P.,<br><br>          Debtor.<br>_____ | )<br>)  2:11-cv-0916-GEB<br>)<br>)  BK Case No. 09-29162-D-11<br>)<br>)  <u>ORDER CONCERNING FILING OF</u><br>)  <u>NOTICE OF RELATED CASE</u><br>)  <u>DOCUMENTS</u><br>) |

        The Notice of Transfer of Appeal to the U.S. District Court for the Eastern District of California ("Notice"), filed on November 8, 2011, indicates in a footnote of a document attached to the Notice that the appeal could be related to an earlier filed case. (Notice, Ex. B at 2 n.2, ECF No. 1.)

        If this case is related to an earlier filed case, a notice of related case document shall be filed in each potentially related case. <u>See</u> L.R. 123(b) ("Counsel who has reason to believe that an action on file or about to be filed may be related to another action on file (whether or not dismissed or otherwise terminated) shall promptly file in each action and serve on all parties in each action a Notice of Related Cases).

Dated: November 10, 2011

                                                            _____<br>
                                                           GARLAND E. BURRELL, JR.<br>
                                                           United States District Judge